# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAYA PUGA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendants. | Case No.: 1:19-cv-01539 NONE JLT <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION <br><br> (Doc. 10) |

The parties have stipulated to the action being dismissed without prejudice.  (Doc. 10) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to assign this action to a district judge for purposes of closing this action and to close it.

IT IS SO ORDERED.

Dated:   **May 8, 2020**              /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE